An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT WAYNE JOHNSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66292

FILED

FEB 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF REVERSAL AND REMAND

This is a proper person appeal from an order of the district court denying a "motion for amended judgment to include jail time credits."[1] Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

In his motion filed on May 28, 2014, appellant claimed that he should have received 34 days of presentence credit for time served because he was in the county jail from April 13, 2013, to May 12, 2013. Because a claim for additional presentence credit should be raised on direct appeal or in a post-conviction petition for a writ of habeas corpus in compliance with the procedural requirements set forth in NRS chapter 34, *see Griffin v. State*, 122 Nev. 737, 744, 137 P.3d 1165, 1169 (2006), appellant's motion should have been construed as a post-conviction petition for a writ of habeas corpus. *See* NRS 34.724(2)(c). Therefore, we reverse the decision

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVAOA

(O) 1947A

15-04702

of the district court and remand with instructions to construe the motion as a post-conviction petition for a writ of habeas corpus. The claim also is not belied by the record that was before the district court. Accordingly, we

ORDER the judgment of the district court REVERSED AND REMAND this matter to the district court for proceedings consistent with this order.

_____, J.
Saitta

_____, J.          _____, J.
Gibbons                                Pickering

cc:    Hon. Kenneth C. Cory, District Judge
       Robert Wayne Johnson
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk